**Electronically Filed
Supreme Court
SCPW-12-0000596
06-AUG-2012
11:02 AM**

NO. SCPW-12-0000596

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

PENISIMANI TEISINA and LESIELI TEISINA, husband and wife,
Petitioners,

vs.

THE HONORABLE RHONDA A. NISHIMURA, JUDGE OF THE CIRCUIT COURT OF
THE FIRST CIRCUIT, STATE OF HAWAI'I;  and HOVEY B. LAMBERT,
TRUSTEE UNDER THE HOVEY B. LAMBERT TRUST, an Unrecorded Revocable
Living Trust Agreement dated April 5, 2002,
Respondents.

ORIGINAL PROCEEDING
(CIVIL NO.  09-1-2529-10)

ORDER DENYING PETITIONERS TEISINAS' MOTION TO RECONSIDER THE
COURT'S ORDER DENYING THE PETITION FOR WRIT OF MANDAMUS
FILED JULY 12, 2012
(By: Nakayama, Acting C.J., Acoba and McKenna, JJ.,
Circuit Judge Ahn, in place of Recktenwald, C.J., recused,
and Circuit Judge Trader, assigned by reason of vacancy)

Upon consideration of Petitioners Teisinas' Motion to

Reconsider the Court's Order Denying the Petition for Writ of

Mandamus Filed July 12, 2012, the papers in support, and the

records and files herein,

IT IS HEREBY ORDERED that Petitioners Teisinas' Motion to Reconsider the Court's Order Denying the Petition for Writ of Mandamus Filed July 12, 2012 is denied.

DATED:  Honolulu, Hawaiʻi, August 6, 2012.

/s/  Paula A. Nakayama

/s/  Simeon R. Acoba, Jr.



/s/  Sabrina S. McKenna

/s/  Karen S. S. Ahn

/s/  Rom A. Trader

2